UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RICKY GILBERT,

    Plaintiff,

v.                                        Civil No. 05-1194

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

### ORDER ALLOWING ADDITIONAL TIME TO FILE ANSWER

---

The defendant's motion for additional time to file an answer is granted. The Commissioner shall file an answer by September 29, 2005.

_/s/ James D. Todd_
Judge, United States District Court

Date: 23 September 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9/23/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01194 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT