UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



RICKY GILBERT,

    Plaintiff,

v.                                    Civil No. 05-1194 T/An

JO ANNE BARNHART,
Commissioner of Social Security

    Defendant.

## CONSENT ORDER FOR SENTENCE SIX REMAND

Defendant has moved the Court to remand this action to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for the reasons set forth in the memorandum.

Therefore, remand under sentence six of 42 U.S.C. § 405(g) is appropriate on motion of the Commissioner for good cause shown.

SO ORDERED this the ___30th___ day of ___September___ 2005.

_____
Judge, United States District Court

Date: 30 September 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/3/05



CONSENTED TO AND APPROVED BY:

_/s/ illegible for_
Mr. Roger Stanfield
P.O. Box 3338
Jackson, Tennessee 38303

Attorney for Plaintiff


LAWRENCE J. LAURENZI
Acting United States Attorney

By _/s/ illegible for_
Joe A. Dycus (#008730 Tennessee)
Assistant United States Attorney
167 N. Main Street, 8th Floor
Memphis, Tennessee 38103
(901) 544-4231

Attorney for the United States

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CV-01194 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT