UNITED STATES DISTRICT COURT
<u>WESTERN</u>       DISTRICT OF <u>TENNESSEE</u>
EASTERN DIVISION

FILED BY
DEC - 6 2005
Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson

Ricky Gilbert

    Plaintiff,

    v.

Jo Anne B. Barnhart
Commissioner of
Social Security,
    Defendant.

Civil Action No. 1-05-1194-T/A

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS*

In reliance on the presentations set forth in the attached application and affidavit,

IT IS ORDERED that the Plaintiff in the above-entitled proceeding be, and hereby is, permitted to prosecute said proceedings to conclusion without prepayment of costs or giving security therefor, and without prepayment of U.S. Marshal service fees, pursuant to 28 U.S.C. §1915.

Dated at <u>Jackson</u>, <u>Tennnessee</u>, this 5th day of December, 2005. *Nunc pro tunc to July 8, 2005.*

BY THE COURT:

_____
United States District Judge/
Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/8/05

13

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CV-01194 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT